IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMY HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 5:11-cv-194-R |
| | ) | |
| GREG WILLIAMS, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

The application for habeas corpus relief filed by Petitioner pursuant to 28 U.S.C. § 2254 is hereby DISMISSED AS UNTIMELY FILED.

ENTERED this 26th day of April 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE